Philip G. Jones (1748)
Chapter 7 Trustee
853 West Center Street
Orem, Utah 84057
Telephone: (801) 224-2119
Fax: (801) 224-6345

FILED THE
UNITED STATES
BANKRUPTCY COURT

2010 SEP 22 PM 1: 12

DISTRICT OF UTAH

IN THE UNITED STATES BANKRUPTCY COURT FOR

THE DISTRICT OF UTAH CENTRAL DIVISION

| In Re: <br><br> CHRIS LINCOLN ANDRUS <br><br> Debtor(s). | Case No. 09-23904 <br> Chapter 7 <br><br> Judge: R. KIMBALL MOSIER |
|---|---|

**DEPOSIT OF UNCLAIMED FUNDS**

COMES NOW Philip G. Jones, the trustee of the above referenced bankruptcy case, and hereby represents to the Court that:

_____ A    The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the Trustee, and the Trustee stopped payment on or voided said check(s), and/or

__x__ B    The check listed below represents a small dividend payable to the court pursuant to Bankruptcy Rule 3010.

| CLAIM# | CREDITOR & ADDRESS (LAST KNOWN) | CHECK AMOUNT |
|---|---|---|
| 7 | Intermountain Healthcare <br> PO Box 27808 <br> SLC, UT 84127 | 3.81 |



A check in the amount of $3.81 representing said funds in payable to the United States Bankruptcy Court, and is attached hereto.

DATED this 11th day of September, 2010.

_____
PHILIP G. JONES
Chapter 7 Trustee

CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing DEPOSIT OF UNCLAIMED FUNDS was mailed to the following persons by depositing the same in the United States Mail, first-class postage prepaid or by electronic filing, this 11th day of September, 2010:

U.S. Trustee's Office
Boston Building, Suite 100
9 Exchange Place
Salt Lake City, Utah 84111

GREGORY J. ADAMS
170 South Main St. Suite 800
Salt Lake City, UT 84101

_____

Date: 09/11/10

DIVIDENDS REMITTED TO THE COURT

Check Number 3012 Dated 09/11/10

Case Number 09-23904 - ANDRUS, CHRIS LINCOLN

Page: 1

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **Intermountain Healthcare**<br>PO Box 27808<br>SLC, UT 84127 | 000007 | 447.04 | 3.81 |
| ---------- Remittance Total --------------- | | 447.04 | 3.81 |

_____

PHILIP G. JONES, Trustee